**United States District Court**
**For the Northern District of California**

1
2
3
4
5
6   IN THE UNITED STATES DISTRICT COURT
7   FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9   ROBERT D. GIBSON,                          No. C 10-01677 SBA (PR)

10            Plaintiff,                       **ORDER DIRECTING CLERK OF COURT TO TERMINATE ACTION**

11       v.

12   ARNOLD SCHWARZENEGGER, et al.,

13            Defendants.                      /

14
    Pursuant to the notice of voluntary dismissal of this action filed by Plaintiff on April 29, 2010, this action is terminated. See Fed. R. Civ. P. 41(a)(1)(A)(i) ("[A]n action may be dismissed by the plaintiff without order of the court . . . by filing a notice of dismissal."); Hamilton v. Shearson-Lehman Am. Exp. Inc., 813 F.2d 1532, 1534-1536 (9th Cir. 1987) (Rule 41(a)(1)(A)(i) does not require leave of court to dismiss the action). The dismissal is without prejudice. See Fed. R. Civ. P. 41(a)(1)(B) (unless plaintiff's notice of dismissal states otherwise, it is deemed to be "without prejudice"); Humphreys v. United States, 272 F.2d 411, 412 (9th Cir. 1959).

    The Clerk of the Court shall close the file. Plaintiff's in forma pauperis application is GRANTED. This Order terminates Docket no. 3.

    IT IS SO ORDERED.

DATED: 5/10/10

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\CR.10\Gibson1677.VOLdismiss.wpd

<div style="writing-mode: vertical"><b>United States District Court</b><br>For the Northern District of California</div>

1  UNITED STATES DISTRICT COURT
2  FOR THE
3  NORTHERN DISTRICT OF CALIFORNIA
4
5
6  ROBERT D. GIBSON,                                    Case Number: CV10-01677 SBA
7              Plaintiff,                               **CERTIFICATE OF SERVICE**
8     v.
9  ARNOLD SCHWARZENEGGER et al,
10             Defendant.                            /
11

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 12, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert D. Gibson E-09929
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

Dated: May 12, 2010

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\CR.10\Gibson1677.VOLdismis2.wpd